IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES J. SARDONO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>    Defendant. | No. CIV-15-291-W |

## ORDER

On March 11, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Application for Disability Insurance Benefits and the Application for Supplemental Security Income filed by plaintiff James J. Sardono be affirmed. Sardono was advised of his right to object, and the matter now comes before the Court on Sardono's Objections to the Magistrate Judge's Report and Recommendation, see Doc. 22, and the Commissioner's response thereto. See Doc. 23.

The Court has reviewed the record de novo and, in particular, has considered Sardono's arguments concerning James Metcalf, M.D., a non-treating state agency physician, his arguments regarding D. Gulston, a Social Security Administration employee, and his contention that the administrative law judge failed to fully develop the record. Because the Court finds no error has occurred that warrants the requested reversal and remand, the Court concurs with Magistrate Judge Jones' suggested disposition of this

matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 19] issued on March 11, 2016;

(2) AFFIRMS the Commissioner's decision to deny Sardono's Application for Disability Insurance Benefits and his Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 20th day of April, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE